COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



MEMORANDUM ORDER

Appellate case name:  Penn Virginia Oil & Gas GP, LLC and Penn Virginia Oil & Gas L.P.
v. Alfredo De La Garza, Individually and as next friend for I. D. L. G.
and K. D. L. G., minors, and John Paul Adame, Individually and
A/N/F for C.A.A., J.P.A., Jr., and J.N.A.

Appellate case number:  01-15-00867-CV

Trial court case number:  2014-42519

Trial court:  215th District Court of Harris County

Appellants filed a motion for extension of time to file their brief on November 20, 2015, requesting a 45-day extension. On November 23, 2015, the Court granted the extension until January 18, 2016, noting that no further extensions would be granted.

In view of the motion for stay filed by appellants, the Court has determined that it will need the brief filed sooner. Accordingly, the Court withdraws its previous ruling on the motion for extension and substitutes the following ruling. Appellants' motion for extension of time to file the brief is granted until January 12, 2016. No further extensions will be granted.

It is so ORDERED.

Judge's signature: /s/ <u>Harvey Brown</u>
☒  Acting individually

Date:  December 31, 2015